IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| Bri'ana Golden,<br><br>    Plaintiff,<br><br>v.<br><br>Family Dollar Stores of Georgia, LLC<br><br>    Defendant. | Civil Action<br>File No.: |

## FAMILY DOLLAR STORES OF GEORGIA, LLC'S PETITION FOR REMOVAL

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, Atlanta Division

COMES NOW, Family Dollar Stores of Georgia, LLC by and through its undersigned counsel, and files its Petition for Removal and respectfully show this Court the following:

1.    A civil action has been filed and is now pending in the State Court of Cobb County, State of Georgia designated as Civil Action File No. 22-A-1341.

2. The Summons and Complaint in that action were filed in the State Court of Cobb County on April 21, 2022. To date, Family Dollar Stores of Georgia, LLC has not been served. Thus, Family Dollar timely files this Petition for Removal.

3. Family Dollar files herewith a copy of all process, pleadings, and orders including the Summons and Complaint in this action, pursuant to 28 USC § 1446. (Attached hereto as Exhibit "A").

4. Plaintiff, Bri'ana Golden, is a citizen of the State of Georgia.

5. Family Dollar Stores of Georgia, LLC, is a foreign limited liability company, which has a single member – Family Dollar Stores, Inc, a foreign corporation formed under the laws of the State of Delaware and has its principal place of business in the State of Virginia. Thus, Family Dollar Stores of Georgia, LLC, is a citizen of the States of Delaware and Virginia. Defendant was at the commencement of this suit, and at all times since been a corporation organized and existing under the laws of the State of Virginia, with its principal place of business located at 500 Volvo Parkway, Chesapeake, Virginia, 23320. Thus, Defendant is not a citizen of the State in which the State Court action is brought.

6. In addition to establishing diversity of citizenship amongst the parties, the removing party must also prove that the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

7. Ms. Golden's Complaint alleges that an unknown liquid substance was left on the floor which caused Ms. Golden to suffer a fall, incurring serious bodily injuries and significant damages. [Compl. ¶ 7]. Specifically, Ms. Golden is claiming as a result of the fall, she has incurred medical bills in excess of $48,000, with surgical estimates in excess of $123,000.00, as well as lost wages. [Compl. ¶¶ 13]. Ms. Golden is also claiming that as a result of the fall that she will continue to incur medical bills, she has suffered general damages as a result of her past, present, and future physical and mental pain and suffering in an amount to be determined at the time of trial. [Compl. ¶¶ 14, 16].

In *Harris v. Bloomin' Brands, Inc.*, 1:18-cv-05078-ELR (N.D. Ga. 2019), Judge Ross found that the amount in controversy exceeded the $75,000 jurisdictional minimum even though the plaintiff only alleged $10,985.75 in incurred medical expenses. There the plaintiff alleged she sustained serious injuries to her spine, back, neck, and left knee, and that she will require future medical treatments including injections and that she suffers a reduced earning capacity and permanent impairment.

Another recent case is the case of *Johnson v. Blackburn*, 2:16-CV-989-KOB, 2016 WL 5816114, at *2 (N.D. Ala. Oct. 5, 2016). There the plaintiff alleged he suffered severe injuries to his head, neck, and back. Based on the plaintiff's allegations,

the District Court in Johnson found that using judicial experience and common sense, it could infer that the complaint meets federal jurisdictional requirements. *Id.*

8. Here, similar to the Plaintiff in *Harris*, Ms. Golden alleges that she was severely injured as a result of the fall. Ms. Golden has already incurred medical bills four times more than the plaintiff in *Harris* and anticipates more treatments. Furthermore, submits surgical estimates in excess of $123,000, as well as lost wages. These allegations are similar to the allegations in both *Harris* and *Johnson*. Accordingly, based on these similarities to these recent cases, it is clear that the jurisdictional minimum is met here.

9. The aforementioned Georgia State Court action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code §1332(a) and accordingly, is one which may be removed to this Court by Defendant pursuant to the provisions of Title 28 of the United States Code §1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00 exclusive of interests and costs and is between citizens of different states.

10. This action is currently pending in the State Court of Cobb County, Georgia, which is within the jurisdiction of the Northern District of Georgia, Atlanta Division. 28 U.S.C.A. § 1446(a).

11.     Defendant attaches a copy of Defendant's Notice of Removal that will be filed in the State Court of Gwinnett County, Georgia marked as Exhibit "B."

12.     Attached hereto as Exhibit C is a copy of Family Dollar's Answer filed in State Court.

WHEREFORE the Defendant prays the above action now pending before the State Court of Cobb County, Georgia be removed to this Court's jurisdiction.

This 10th day of May, 2022.

                Goodman McGuffey LLP
                Attorneys for Family Dollar Stores of Georgia, LLC

By:     */s/James T. Hankins, III*_____
       JAMES T. HANKINS, III
       GA State Bar No.  188771
       jhankins@GM-LLP.com
       AVRIL P. CALHOUN
       GA State Bar No.  574812
       ACalhoun@GM-LLP.com
       3340 Peachtree Road NE, Suite 2100
       Atlanta, GA 30326-1084
       (404) 264-1500 Phone
       (404) 264-1737 Fax

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| Bri'ana Golden,<br><br>  Plaintiff,<br><br>v.<br><br>Family Dollar Stores of Georgia, LLC<br><br>  Defendant. | Civil Action<br>File No.: |

**CERTIFICATE OF SERVICE**

This is to certify that I electronically filed this Family Dollar Stores of Georgia Petition for Removal with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

James Z. Foster
Foster Counts LLP
1201 West Peachtree St, NW
Suite 2300
Atlanta, GA 30309
james@foster-law.com

This 10th day of May, 2022.

/s/*James T. Hankins, III*_____
JAMES T. HANKINS, III
GA State Bar No.  188771
jhankins@GM-LLP.com
AVRIL P. CALHOUN
GA State Bar No.  574812
ACalhoun@GM-LLP.com
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax

8855-0133/Doc ID #7361648