# EXHIBIT "A"

# STATE COURT OF COBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  22-A-1341

$198.00 COST PAID

Golden, Bri'Ana

**PLAINTIFF**

VS.

Family Dollar Stores of Georgia, LLC, DBA Family Dollar

**DEFENDANT**

## SUMMONS

TO: FAMILY DOLLAR STORES OF GEORGIA, LLC

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> **James Foster**
> **Foster Counts LLP**
> **1201 W Peachtree St NW**
> **Suite 2300**
> **Atlanta, Georgia 30309**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 25th day of April, 2022.**

Clerk of State Court



Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

12 East Park Square, Marietta, Georgia 30090-9630
(770) 528-1220 Building B, First Floor-Civil Division

Page 1 of 1



**General Civil and Domestic Relations Case Filing Information Form**

ID# E-PQMTSR4K-XBT
EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**22-A-1341**

APR 21, 2022 01:07 PM

☐ Superior or ☑ State Court of  Cobb  County

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

**For Clerk Use Only**

**Date Filed** 04-21-2022
MM-DD-YYYY

**Case Number** 22-A-1341

| Plaintiff(s) | | | | | Defendant(s) | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Golden, Bri'Ana | | | | | Family Dollar Stores of Georgia, LLC | | | | |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix | Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** Foster, James     **Bar Number** 756038     **Self-Represented** ☐

**Check one case type and, if applicable, one sub-type in one box.**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Garnishment
- ☑ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____     _____
Case Number                Case Number

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

_____

Version 1.1.20

ID#E-PQMTSR4K-ECD
⚡ EFILED IN OFFICE
CLERK OF STATE COURT
COBB COUNTY, GEORGIA

**22-A-1341**

APR 21, 2022 01:07 PM

*Robin C. Bishop*
Robin C. Bishop, Clerk of State Court
Cobb County, Georgia

IN THE STATE COURT OF COBB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| BRI'ANA GOLDEN, | ) | |
| | ) | |
| Plaintiff, | ) | JURY TRIAL DEMANDED |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION |
| FAMILY DOLLAR STORES OF | ) | FILE NO.: _____ |
| GEORGIA, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff Bri'Ana Golden and hereby files this Complaint for injuries and damages against Defendant Family Dollar Stores of Georgia, LLC, showing the Court as follows:

1.

Plaintiff Bri'Ana Golden ("Plaintiff") is a resident of the State of Georgia.

2.

Defendant Family Dollar Stores of Georgia, LLC ("Defendant" or "Family Dollar") is a foreign profit corporation organized and existing pursuant to the laws of the State of Virginia and conducting business, and operating, in Cobb County, Georgia.

3.

Defendant Family Dollar can be properly served with Summons and Complaint by serving its registered agent for service, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092. Accordingly, Defendant Family Dollar is a citizen of the State of Georgia for purposes of jurisdiction.



4.

Defendant Family Dollar is currently doing business and operating at Family Dollar Store # 20363, 619 S Marietta Pkwy, Marietta, Georgia 30060-2748, where the subject incident occurred. Accordingly, jurisdiction and venue as to Defendant are proper in this Court.

5.

On or about September 6, 2020, Defendant Family Dollar owned, operated and/or was in possession of the premises located at Family Dollar Store # 20363, 619 S Marietta Pkwy, Marietta, Georgia 30060-2748, and was doing business on these premises as Family Dollar.

6.

On or about September 6, 2020, Plaintiff Bri'Ana Golden was on the premises of Family Dollar Store # 20363, 619 S Marietta Pkwy, Marietta, Georgia 30060-2748 with the intention to shop for goods. As such, Plaintiff was an invitee at all relevant times herein.

7.

Due to Defendant Family Dollar's failure to properly keep its premises in a safe condition, its failure to properly maintain its premises, and its failure to properly inspect its premises, an unknown liquid substance was left on the floor of its premises, in an area of the store with active customer traffic, which caused Plaintiff to suffer a fall, thereby incurring serious bodily injuries and significant damages. Plaintiff was unaware of the hazardous condition prior to her fall due to the non-existent and/or inadequate warnings by Family Dollar.

8.

Plaintiff was exercising ordinary care at all times relevant to this incident.

9.

Defendant Family Dollar knew, or reasonably should have known, of the subject hazardous condition on its premises, and had actual and/or constructive knowledge of said condition.

10.

Defendant Family Dollar was negligent in at least the following ways:

a. Failing to properly keep its premises in a safe condition when it knew, or should have known, that the hazardous condition existed;

b. Failing to warn Plaintiff Bri'Ana Golden and other invitees that the hazardous condition existed;

c. Failing to exercise ordinary care in keeping the premises and approaches safe for business invitees such as Plaintiff;

d. Failing to adequately inspect its premises;

e. Failing to take reasonable precautions to protect invitees from dangers foreseeable from the arrangement or use of the premises; and

f. In committing other negligent and reckless acts and omissions as may be shown by the evidence and proven at trial.

11.

As a result of Defendant Family Dollar's negligence, Plaintiff Bri'Ana Golden suffered serious injuries to her body.

12.

As a result of Defendant Family Dollar's negligence, Plaintiff Bri'Ana Golden sustained injuries that necessitated medical treatment.

13.

As a result of Defendant Family Dollar's negligence, Plaintiff Bri'Ana Golden has incurred medical bills in excess of $48,000, with surgical estimates in excess of $123,000, as well as lost wages.

14.

As a result of the aforementioned injuries, that were caused by the aforesaid acts of negligence on the part of Defendant Family Dollar, Plaintiff Bri'Ana Golden will continue to incur medical bills as a result of the incident upon which this action is based.

15.

As a result of the aforementioned injuries that were caused by the aforesaid acts of negligence on the part of Defendant Family Dollar, Plaintiff Bri'Ana Golden has suffered serious bodily injuries.

16.

As a result of the aforementioned injuries, that were caused by the aforesaid acts of negligence on the part of Defendant Family Dollar, Plaintiff Bri'Ana Golden has suffered general damages as a result of her past, present, and future physical and mental pain and suffering in an amount to be determined at the time of trial.

17.

Plaintiff is entitled to an award of punitive damages pursuant to Georgia law, without limitation or cap, because the actions of Defendant Family Dollar, and its agents and employees showed wantonness, oppression, and an entire want of care, which would raise the presumption of conscious indifference to consequences.

- 5 -

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Bri'Ana Golden respectfully prays and demands as follows:

i. That Process and Summons issue, as provided by law, requiring Defendant to appear and answer Plaintiff's Complaint;

ii. That service be had upon Defendant as provided by law;

iii. That the Court award and enter a judgment in favor of Plaintiff and against Defendant for special and general damages in an amount to be proven at trial;

iv. That Plaintiff has a trial by a jury as to all issues; and

v. That Plaintiff has such other and further relief as the Court may deem just and proper.

This 21st day of April, 2022.

Respectfully submitted,

James Z. Foster
Georgia Bar No. 756038

**FOSTER COUNTS LLP**
1201 West Peachtree St, NW
Suite 2300
Atlanta, GA 30309
Telephone: (404) 800-0050
Facsimile: (404) 493-2322
james@foster-law.com

*Counsel for Plaintiff*