# EXHIBIT "B"

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| Bri'ana Golden,<br><br>    Plaintiff,<br><br>v.<br><br>Family Dollar Stores of Georgia, LLC<br><br>    Defendant. | Civil Action<br>File No.:    22-A-1341 |

NOTICE OF REMOVAL

PLEASE TAKE NOTICE, Defendant, Family Dollar Stores of Georgia, LLC, by and through counsel of record, have filed a Petition for Removal in the office of the clerk of the United States District Court, Northern District of Georgia, Atlanta Division. A copy of the Petition for Removal is attached hereto as Exhibit "1". By virtue of law, the aforesaid case is now removed and all further proceedings in Cobb County State Court are stayed.

This 10th day of May, 2022.

                        Goodman McGuffey LLP
                        Attorneys for Family Dollar Stores of Georgia, LLC

By:    /s/James T. Hankins, III
         JAMES T. HANKINS, III
         GA State Bar No.  188771
         jhankins@GM-LLP.com
         AVRIL P. CALHOUN
         GA State Bar No.  574812
         ACalhoun@GM-LLP.com
         3340 Peachtree Road NE, Suite 2100
         Atlanta, GA 30326-1084
         (404) 264-1500 Phone
         (404) 264-1737 Fax

IN THE STATE COURT OF COBB COUNTY

STATE OF GEORGIA

| | |
|---|---|
| Bri'ana Golden,<br><br>    Plaintiff,<br><br>v.<br><br>Family Dollar Stores of Georgia, LLC<br><br>    Defendant. | Civil Action<br>File No.:    22-A-1341 |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel and parties of record with a copy of the Family Dollar's Notice of Removal by statutory electronic service pursuant to O.C.G.A. § 9-11-5(b) or by depositing a copy of same in the United States Mail, postage prepaid, as follows:

James Z. Foster<br>
Foster Counts LLP<br>
1201 West Peachtree St, NW<br>
Suite 2300<br>
Atlanta, GA 30309<br>
james@foster-law.com<br>
*Attorney for Plaintiff*

This 10th day of May, 2022.

*/s/James T. Hankins, III*
JAMES T. HANKINS, III
GA State Bar No. 188771
jhankins@GM-LLP.com
AVRIL P. CALHOUN
GA State Bar No. 574812
ACalhoun@GM-LLP.com
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax
