IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| Bri'ana Golden,<br><br>  Plaintiff,<br><br>v.<br><br>Family Dollar Stores of Georgia, LLC<br><br>  Defendant. | Civil Action<br>File No.:  1:22-cv-01859-MHC |

**FAMILY DOLLAR STORES OF GEORGIA AMENDED DEFENSES AND ANSWER TO PLAINTIFF'S COMPLAINT FOR DAMAGES**

COMES NOW, Family Dollar Stores of Georgia, LLC, named Defendant in the above-styled action, and files the following Amended Defenses and Answer to Plaintiff's Complaint and shows the Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

Defendant, Family Dollar Stores of Georgia, responds to the individual paragraphs of Plaintiff's Complaint as follows:

1.

Defendant, Family Dollar Stores of Georgia, is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 1 of Plaintiff's Complaint and, therefore, cannot admit or deny same.

2.

Defendant, Family Dollar Stores of Georgia, admits foreign limited liability company existing under the laws of Virginia and that it conducts business in Cobb County, Georgia. Defendant denies the remaining allegations contained in paragraph 2 of Plaintiff's Complaint.

3.

Defendant, Family Dollar Stores of Georgia, admits it can be properly served through their registered agent, Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, Georgia 30092. Defendant denies, as pled, the allegations contained in paragraph 3 of Plaintiff's Complaint.

4.

Defendant, Family Dollar Stores of Georgia, admits it operates a store located at 619 S. Marietta Pkwy, Marietta, Georgia. Defendant denies as pled the remaining allegations contained in Paragraph 4.

5.

Defendant, Family Dollar Stores of Georgia, admits it operated Family Dollar store #20363, 619 S. Marietta Parkway, Marietta, Georgia 30060-2748 on or about September 6,2020. Defendant denies, as pled, the allegations contained in paragraph 5 of Plaintiff's Complaint.

6.

Defendant, Family Dollar Stores of Georgia, is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 6 of Plaintiff's Complaint and, therefore, cannot admit or deny same.

7.

Defendant, Family Dollar Stores of Georgia, denies its failure to keep its premises in a safe condition. Family Dollar Stores of Georgia further denies its failure to properly maintain its premises and its alleged failure to properly inspect its premises. Furthermore, Defendant, Family Dollar Stores of Georgia, is without knowledge or information sufficient to form a belief as to the truth of the remaining averments contained in paragraph 7 of Plaintiff's Complaint and, therefore, cannot admit or deny same.

8.

Defendant, Family Dollar Stores of Georgia, is without knowledge or information sufficient to form a belief as to the truth of the averments contained in paragraph 8 of Plaintiff's Complaint and, therefore, cannot admit or deny same.

9.

Defendant, Family Dollar Stores of Georgia, denies the allegations contained in paragraph 9 of Plaintiff's Complaint.

10.

Defendant, Family Dollar Stores of Georgia, denies the allegations contained in paragraph 10 of Plaintiff's Complaint.

11.

Defendant, Family Dollar Stores of Georgia, denies the allegations contained in paragraph 11 of Plaintiff's Complaint.

12.

Defendant, Family Dollar Stores of Georgia, denies the allegations contained in paragraph 12 of Plaintiff's Complaint.

13.

Defendant, Family Dollar Stores of Georgia, denies the allegations contained in paragraph 13 of Plaintiff's Complaint.

14.

Defendant, Family Dollar Stores of Georgia, denies the allegations contained in paragraph 14 of Plaintiff's Complaint.

15.

Defendant, Family Dollar Stores of Georgia, denies the allegations contained in paragraph 15 of Plaintiff's Complaint.

16.

Defendant, Family Dollar Stores of Georgia, denies the allegations contained in paragraph 16 of Plaintiff's Complaint.

17.

Defendant, Family Dollar Stores of Georgia, denies the allegations contained in paragraph 17 of Plaintiff's Complaint.

Defendant, Family Dollar Stores of Georgia, denies that Plaintiff is entitled to any relief requested in the "Wherefore" clause of Plaintiff's Complaint.

Any allegation in Plaintiff's Complaint not answered or otherwise responded to is hereby denied.

## THIRD DEFENSE

Defendant is not liable to Plaintiff because Defendant breached no duty owed to Plaintiff in regard to the occurrence giving rise to this Complaint.

## FOURTH DEFENSE

Defendant shows that the alleged damages of Plaintiff, if any, were caused by the contributory and comparative negligence of Plaintiff.

## FIFTH DEFENSE

Plaintiff, by the exercise of ordinary care, could have avoided the consequences of any act or failure to act of Defendant.

## SIXTH DEFENSE

The Plaintiff's failure to properly plead items of special damages sought in this action prohibits and/or bars Plaintiff's rights to recover and/or recoup any items of special damages in this action, as a matter of law.  O.C.G.A. § 9-11-9(g).

## SEVENTH DEFENSE

The claims of Plaintiff are barred by the Georgia doctrine of assumption of risk.

## EIGHTH DEFENSE

Plaintiff's injuries, if any, were caused by an unforeseeable intervening third party tortfeasor and/or the acts and failure to act of persons or entities other than Defendant.

## NINTH DEFENSE

In the event that any benefits have been paid by or on behalf of Defendant, Defendant is entitled to a set off against any verdict for the amount of benefits paid. See, Orndorff v. Brown, 197 Ga. App. 591 (1990).

## DEMAND FOR JURY TRIAL BY TWELVE (12)

Defendant demands that the above-captioned case be tried by a jury of twelve, pursuant to O.C.G.A. § 15-22-122.

WHEREFORE, having fully answered, Defendant prays that the Complaint be dismissed with costs of this action cast against the Plaintiff.

This 12th day of May, 2022.

                Goodman McGuffey LLP
                Attorneys for Family Dollar Stores of Georgia, LLC

      By:   */s/James T. Hankins, III*_____
               James T. Hankins, III
               GA State Bar No.:  188771
               jhankins@GM-LLP.com
               Avril P. Calhoun
               GA State Bar No.:  574812
               ACalhoun@GM-LLP.com
               3340 Peachtree Road NE, Suite 2100
               Atlanta, GA 30326-1084
               (404) 264-1500 Phone
               (404) 264-1737 Fax

DEFENDANT DEMANDS
TRIAL BY JURY OF TWELVE

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| Bri'ana Golden,<br><br>  Plaintiff,<br><br>v.<br><br>Family Dollar Stores of Georgia, LLC<br><br>  Defendant. | Civil Action<br>File No.:   1:22-cv-01859-MHC |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all counsel and parties of record with a copy of DEFENSES AND ANSWER OF FAMILY DOLLAR STORES OF GEORGIA, LLC by statutory electronic service pursuant to O.C.G.A. § 9-11-5(b) or by depositing a copy of same in the United States Mail, postage prepaid, as follows:

James Z. Foster<br>
Foster Counts LLP<br>
1201 West Peachtree St, NW<br>
Suite 2300<br>
Atlanta, GA 30309

This 12th day of May, 2022.

By:   */s/James T. Hankins, III*_____
      James T. Hankins, III
      GA State Bar No.:  188771
      jhankins@GM-LLP.com
      AVRIL P. CALHOUN

GA State Bar No. 574812
ACalhoun@GM-LLP.com
Goodman McGuffey LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
(404) 264-1500 Phone
(404) 264-1737 Fax